SUSANNA MORGAN,                        )
                                       )
*Plaintiff,*                           )
                                       )        Case No. 1:12-cv-246
v.                                     )
                                       )        Judge Mattice
MICHAEL J. ASTRUE,                     )        Magistrate Judge Carter
Commissioner of Social Security,       )
                                       )
*Defendant.*                           )
                                       )

## <u>ORDER</u>

On July 15, 2013, United States Magistrate Judge William Carter filed his Report and Recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that: (1) Plaintiff's Motion for Judgment on the Pleadings (Doc. 10) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 12) be granted; (3) the Decision of the Commissioner be affirmed; and (4) this action be dismissed.

Plaintiff has filed timely objections to the Magistrate Judge's Report and Recommendation. (Doc. 16). However, Plaintiff's objections are merely reiterations of the original arguments raised in her Motion for Judgment on the Pleadings. (*Compare* Doc. 11 at 5-11 *with* Doc. 16 at 5-8). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Carter's well-reasoned and well-supported Report and Recommendation, in which he fully addressed Plaintiff's arguments. Nonetheless, the Court has conducted a *de novo* review of the record, specifically including those portions to which Plaintiff has objected, and the Court agrees Magistrate Judge Carter's analysis and conclusions.

Accordingly, the Court **ACCEPTS and ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b); Plaintiff's Objections (Doc. 16) are **OVERRULED**; Plaintiff's Motion for Judgment on the Pleadings (Doc. 10) is **DENIED**; Defendant's Motion for Summary Judgment (Doc. 12) is **GRANTED**; the decision of the Commissioner is **AFFIRMED**; and this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 5th day of August, 2013.

_____*/s/   Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE